In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00215-CR

                                                ______________________________

 

 

                                 JAMES OWEN SPURLOCK,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the 402nd
Judicial District Court

                                                             Wood County, Texas

                                                       Trial Court
No. 19,457-2006

 

                                                     
                                             

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            James
Owen Spurlock has filed a pro se notice of appeal, claiming to appeal from the
trial court’s denial of his post-conviction motion for DNA testing.  We have now received the supplemental clerk’s
record containing the order signed by the trial court on December 22,
2010.  That order only denies Spurlock’s
request for appointment of counsel because the trial court did not find
reasonable grounds existed for the motion; it does not deny Spurlock’s motion
for post-conviction DNA testing itself.

            The
Texas Court of Criminal Appeals has recently held in Gutierrez that an order denying appointed counsel under Article
64.01(c) of the Texas Code of Criminal Procedure is not an appealable order
under Texas Rule of Appellate Procedure 25.2(a)(2).  Gutierrez
v. State, 307 S.W.3d 318, 319, 323 (Tex. Crim. App. 2010); see Tex.
R. App. P. 25.2(a)(2); Tex. Code
Crim. Proc. Ann. art. 64.01(c) (Vernon Supp. 2010).

            We
dismiss this appeal for want of jurisdiction.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          January
5, 2011

Date Decided:             January
6, 2011

 

Do Not Publish